## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

MRO CORPORATION                 :
           **Plaintiff,**           :
                                :
         **v.**                 :           **CIVIL ACTION NO. 16-2881**
                                :
**HUMANA, INC.,**            :
               **Defendant.**      :
_____ :

## ORDER

      **AND NOW,** this 23rd day of August 2017, upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. No. 29), the briefing in support thereof, and the response thereto, it is hereby **ORDERED** that for the reasons stated in the accompanying memorandum opinion:

1. Plaintiff's Motion is **DENIED**.

2. The parties shall file a joint status report no later than **September 1, 2017**. The report shall include: (1) a statement regarding whether Plaintiff intends to pursue its breach-of-contract and promissory estoppel claims as set forth in the amended complaint; (2) a proposed schedule for the completion of discovery and dispositive motions; and (3) a statement regarding the prospects for settlement or alternative dispute resolution, including whether the parties are willing to engage in settlement discussions with a Magistrate Judge.

3. The Court will defer ruling on Defendant's Motion for Sanctions (Doc. No. 34) pending the parties' joint report.

4. Because it appears that the Court's prior Orders allowing the parties to file their briefs under seal no longer serve any purpose, the Court intends to unseal the parties' filings. Counsel may file objections explaining why the parties' briefs should remain under seal no later than **September 8, 2017.**

      It is so **ORDERED**.

                                       **BY THE COURT:**

                                       **/s/ Cynthia M. Rufe**
                                       _____
                                       **CYNTHIA M. RUFE, J.**