**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MRO CORPORATION,** | |
| *Plaintiff,* | **CIVIL ACTION NO. 16-2881** |
| **v.** | |
| **HUMANA INC.,** | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 5th day of June 2019, upon consideration of MRO Corporation's

Motion for Partial Summary Judgment [Doc. No. 76], Humana Inc.'s Motion for Summary

Judgment [Doc. No. 77], and the responses thereto, and for the reasons stated in the

accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1.   MRO's Motion is **DISMISSED AS MOOT**, to the extent that MRO has moved

   to preclude Humana from asserting its sixteenth affirmative defense.[1]

2.   MRO's Motion is **DENIED**, to the extent that MRO has moved to preclude

   Humana from asserting its fourteenth affirmative defense.

3.   Humana's Motion is **DENIED**.

   It is so **ORDERED**.

**BY THE COURT:**
**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**

---

[1] As provided in the accompanying memorandum opinion, Humana responded that it will withdraw its sixteenth affirmative defense.  Humana Inc.'s Resp. in Opp'n to MRO's Mot. for Partial Summ. J. [Doc. No. 80] at 1.